USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA               :
                                       :    21 Crim. 728 (VM)
     - against -                       :
                                       :    SCHEDULING ORDER
RICARDO TIBBY,                         :
                                       :
                     Defendant.        :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health crisis, the conference before the Honorable Victor Marrero on Friday, December 17, 2021 at 12:00 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    New York, New York
          December 13, 2021

_____
                                  Victor Marrero
                                    U.S.D.J.