USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA              :
                                      :     21 Crim. 728 (VM)
     - against -                      :
                                      :     SCHEDULING ORDER
RICARDO TIBBY,                        :
                                      :
                    Defendant.        :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

At the request of Defense Counsel and with the consent of the Government (Dkt. No. 34), the sentencing of Ricardo Tibby, currently scheduled for July 8, 2022, is hereby adjourned until August 19, 2022 at 10:00 a.m. Both parties are directed to refer to Judge Marrero's individual rules for deadlines regarding sentencing submissions.

**SO ORDERED.**

Dated:   New York, New York
         June 8, 2022

_____
Victor Marrero
U.S.D.J.