USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

RICARDO TIBBY,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

21 Cr. 728 (VM)

Upon the request of defendant Ricardo Tibby, by his counsel Hannah McCrea, and with good cause shown, it is thereby

**ORDERED** that Essex County Correctional Facility permit Angel Bosques, LCSW, a social worker with the Federal Defenders of New York, to conduct confidential, in-person professional visits with Ricardo Tibby during the length of Mr. Tibby's detention at the Essex County Correctional Facility.

Dates:   New York, New York
           July 6, 2022

**SO ORDERED**:

_____
Victor Marrero
U.S.D.J.