USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/25

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA                :
                                        :    21 Crim. 728 (VM)
     - against -                        :
                                        :    ORDER
RICARDO TIBBY,                          :
                                        :
                    Defendant.          :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court hereby adjourns the status conference to address alleged violations of supervised release scheduled for January 24, 2025, until January 31, 2025, at 4:00 PM.

**SO ORDERED.**

Dated:   New York, New York
         January 23, 2025

_____
VICTOR MARRERO
U.S.D.J.